PHILLIP A. TALBERT
Acting United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>JULIAN LOEZA JR.<br><br>　　　　　　　　　Defendant. | CASE NO. 1:21-CR-00166-DAD<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>DATE: December 22, 2021<br>TIME: 2:00 P.M.<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

　　　　Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

　　　　1.　　By previous order, this supervised release petition was set for a status conference on December 22, 2021.

　　　　2.　　By this stipulation, initiated by the defense, the parties stipulate that the status conference may be continued to March 23, 2022, at 1:00 PM, to allow time for defense review of the discovery, investigation, and settlement discussions. Because this case involves a pending supervised release petition, no exclusion of time is necessary.

　　　　IT IS SO STIPULATED.

///

///

1

| | | |
|---|---|---|
| 1 | Dated:  December 15, 2021 | PHILLIP A. TALBERT |
| 2 | | Acting United States Attorney |

Dated:  December 15, 2021

/s/ ANTONIO J. PATACA
ANTONIO J. PATACA
Assistant United States Attorney

Dated:  December 15, 2021

/s/ PETER M. JONES
PETER M. JONES
Counsel for Defendant
JULIAN LOEZA JR.

# ORDER

IT IS SO ORDERED that the status conference is continued from December 22, 2021, to **March 23, 2022, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.

IT IS SO ORDERED.

Dated: **December 16, 2021**          /s/ Barbara A. McAuliffe
                                      UNITED STATES MAGISTRATE JUDGE