PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00166-DAD |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | DATE: March 23, 2022 |
| JULIAN LOEZA JR. | TIME: 2:00 P.M. |
| Defendant. | COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this supervised release petition was set for a status conference on March 23, 2022.

2. By this stipulation, initiated by the defense, the parties stipulate that the status conference may be continued to July 13, 2022, at 2:00 PM, to allow time for defense review of the discovery, investigation, and settlement discussions. Because this case involves a pending supervised release petition, no exclusion of time is necessary.

IT IS SO STIPULATED.

///

///

1

| | | |
|---|---|---|
| 1 | Dated: March 15, 2022 | PHILLIP A. TALBERT |
| 2 | | United States Attorney |
| 3 | | /s/ ANTONIO J. PATACA |
| 4 | | ANTONIO J. PATACA<br>Assistant United States Attorney |
| 6 | Dated: March 15, 2022 | /s/ PETER M. JONES |
| 7 | | PETER M. JONES<br>Counsel for Defendant |
| 8 | | JULIAN LOEZA JR. |

2

# ORDER

IT IS SO ORDERED that the status conference is continued from March 23, 2022, to **July 13, 2022, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.

IT IS SO ORDERED.

Dated: __March 15, 2022__         /s/ *Barbara A. McAuliffe*
                                  UNITED STATES MAGISTRATE JUDGE