PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00166-DAD |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | DATE: November 9, 2022 |
| JULIAN LOEZA JR. | TIME: 2:00 P.M. |
| Defendant. | COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this supervised release petition was set for a status conference on November 9, 2022.

2. By this stipulation, initiated by the defense, the parties stipulate that the status conference may be continued to January 25, 2023, at 2:00 PM, to allow time for defense review of the discovery, investigation, and settlement discussions. Because this case involves a pending supervised release petition, no exclusion of time is necessary.

IT IS SO STIPULATED.

///

///

1

Dated: October 31, 2022         PHILLIP A. TALBERT
                                United States Attorney


                                /s/ ANTONIO J. PATACA
                                ANTONIO J. PATACA
                                Assistant United States Attorney


Dated: October 31, 2022         /s/ PETER M. JONES
                                PETER M. JONES
                                Counsel for Defendant
                                JULIAN LOEZA JR.

2

## **ORDER**

IT IS SO ORDERED that the status conference is continued from November 9, 2022, to **January 25, 2023, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.

IT IS SO ORDERED.

Dated:   **October 31, 2022**          /s/ Barbara A. McAuliffe
                                       UNITED STATES MAGISTRATE JUDGE