PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00166-DAD |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | DATE: January 25, 2023 |
| JULIAN LOEZA JR. | TIME: 1:00 P.M. |
| Defendant. | COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this supervised release petition was set for a status conference on January 25, 2023.

2. By this stipulation, initiated by the defense, the parties stipulate that the status conference may be continued to March 8, 2023, at 2:00 PM, to allow time for defense review of the discovery, investigation, and settlement discussions. Because this case involves a pending supervised release petition, no exclusion of time is necessary.

IT IS SO STIPULATED.

///

///

1

Dated: January 17, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ ANTONIO J. PATACA
ANTONIO J. PATACA
Assistant United States Attorney

Dated: January 17, 2023

/s/ PETER M. JONES
PETER M. JONES
Counsel for Defendant
JULIAN LOEZA JR.

## **ORDER**

IT IS SO ORDERED that the status conference is continued from January 25, 2023, to **March 8, 2023, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.

IT IS SO ORDERED.

Dated:   **January 17, 2023**          /s/ *Barbara A. McAuliffe*
                                                        UNITED STATES MAGISTRATE JUDGE