PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00166-DAD |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO VACATE STATUS CONFERENCE AND SET ADMISSION HEARING |
| v. | |
| JULIAN LOEZA JR. | DATE: March 8, 2023 |
| Defendant. | TIME: 2:00 P.M. |
| | COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this supervised release petition was set for a status conference on March 8, 2023.

2. By this stipulation, initiated by the defense, the parties stipulate that the status conference scheduled on March 8, 2023, may be vacated and that an admission hearing be scheduled for March 20, 2023. Because this case involves a pending supervised release petition, no exclusion of time is necessary.

IT IS SO STIPULATED.

///

///

1

| | |
|---|---|
| Dated:  February 28, 2023 | PHILLIP A. TALBERT<br>United States Attorney |
| | /s/ ANTONIO J. PATACA<br>ANTONIO J. PATACA<br>Assistant United States Attorney |
| Dated:  February 28, 2023 | /s/ PETER M. JONES<br>PETER M. JONES<br>Counsel for Defendant<br>JULIAN LOEZA JR. |

# **ORDER**

IT IS SO ORDERED that the status conference set for March 8, 2023, is vacated. An admission hearing is set for **March 20, 2023, at 8:30 a.m. before District Judge Ana de Alba**.  No exclusion of time is necessary.

IT IS SO ORDERED.

Dated:   **February 28, 2023**              /s/ *Barbara A. McAuliffe*       _
                                             UNITED STATES MAGISTRATE JUDGE