PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>            v.<br><br>JULIAN LOEZA JR.,<br><br>                    Defendant. | CASE NO. 1:21-CR-00166-ADA-BAM<br><br>STIPULATION TO CONTINUE SENTENCING; ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on July 17, 2023.

///
///
///
///
///
///
///
///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

2. By this stipulation, the parties now move to continue sentencing to August 14, 2023. Because this is a supervised release violation, no time exclusion is necessary.

IT IS SO STIPULATED.

Dated:  June 1, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ ANTONIO J. PATACA
ANTONIO J. PATACA
Assistant United States Attorney

Dated:  June 1, 2023

/s/ PETER M. JONES
PETER M. JONES
Counsel for Defendant
JULIAN LOEZA JR.

IT IS SO ORDERED.

Dated:   June 3, 2023

UNITED STATES DISTRICT JUDGE