| | |
|---|---|
| 1 | **WANGER JONES HELSLEY PC** |
| 2 | 265 E. River Park Circle, Suite 310<br>Fresno, California  93720 |
| 3 | Telephone:  (559) 233-4800<br>Facsimile:  (559) 233-9330 |
| 4 | Peter M. Jones, Esq. SBN# 105811 |
| 5 | Attorneys for:     **Defendant, Julian Loeza Jr.** |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>JULIAN LOEZA JR.<br><br>Defendant(s). | Case No.: 1:21-CR-00166-ADA<br><br>**STIPULATION TO CONTINUE THE SUPERVISED RELEASE VIOLATION SENTENCING HEARING; DECLARATION OF PETER M. JONES; AND ORDER** |

Defendant JULIAN LOEZA, JR., by and through counsel, Peter M. Jones, and Plaintiff UNITED STATES OF AMERICA, by and through counsel, ANTONIO PATACA, HEREBY STIPULATE that the Supervised Release Violation Sentencing Hearing for Mr. Loeza in the above-entitled matter now set for **August 14, 2023 at 8:30 a.m**. **be rescheduled to be heard on August 21, 2023 at 8:30 a.m**. pending approval and order of the Court.

Respectfully submitted,

DATED:  August 9, 2023          WANGER JONES HELSLEY PC

By: */s/ Peter M. Jones*
   Peter M. Jones
   Attorney for Defendant
   JULIAN LOEZA JR.

*Additional signature on following page*

DATED:  August 9, 2023          MCGREGOR W. SCOTT, U.S. Attorney
                                UNITED STATES ATTORNEY'S OFFICE

By: */s/ Peter M. Jones*
   Antonio Pataca
   Assistant U.S. Attorney

{8806/002/01645579.DOC}                    1

STIPULATION TO CONTINUE THE SUPERVISED RELEASE VIOLATION SENTENCING HEARING; DECLARATION OF PETER M. JONES; AND [PROPOSED] ORDER

## DECLARATION OF PETER M. JONES

I, Peter M. Jones, declare as follows: Due to a conflict I have been unable to resolve, I am requesting Mr. Loeza's Supervised Release Violation Sentencing hearing date be continued by one week. The Government has no opposition to the requested postponement to August 21, 2023 as an agreeable date; and further agreed to stipulate to continue Mr. Loeza's sentencing to that date.

I declare under penalty of perjury that the foregoing is true and correct. Executed August 9, 2023, at Fresno, California.

*/s/ Peter M. Jones*
Peter M. Jones

{8806/002/01645579.DOC}   2

STIPULATION TO CONTINUE THE SUPERVISED RELEASE VIOLATION SENTENCING HEARING; DECLARATION OF PETER M. JONES; AND [PROPOSED] ORDER

# **ORDER**

Having reviewed the above Stipulation and Good Cause Appearing, it is hereby ordered that the Supervised Release Violation Sentencing Hearing for Defendant, JULIAN LOEZA JR., currently set for August 14, 2023 at 8:30 a.m., be continued to August 21, 2023, at 8:30 a.m.

IT IS SO ORDERED.

Dated: August 9, 2023

UNITED STATES DISTRICT JUDGE

{8806/002/01645579.DOC}    3

STIPULATION TO CONTINUE THE SUPERVISED RELEASE VIOLATION SENTENCING HEARING; DECLARATION OF PETER M. JONES; AND [PROPOSED] ORDER